UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAWRENCE WATSON | * | CASE NO. 23-3226 |
| v. | * | SECTION: "T" (5) |
| KIMBERLY REDMOND, ET AL | * | JUDGE GUIDRY |
| | * | MAGISTRATE NORTH |

## JUDGMENT

Considering the Court's Order granting Defendants' joint Motion to Dismiss and resultant dismissal of all claims in this action, R. Doc. 21;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in this matter in favor Defendants and against Plaintiff Lawrence Watson, and that Plaintiff's claims be and hereby are **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, this 29th day of February, 2024.

Greg Gerard Guidry
United States District Judge